UNITED STATES DISTICT COURT
DISTRICT OF RHODE ISLAND

Deutsche Bank National Trust Company,
as trustee for the registered holders of
Morgan Stanley ABS Capital I Inc. Trust      1:17-CV-586
2007-NC3 Mortgage Pass-Through
Certificates, Series 2007-NC3
                    Plaintiff
v.

Scott T. Carlone and Joan M. Carlone
                    Defendants

## OBJECTIO TO MOTION TO EXTEND TIME

Now comes the Plaintiff, Deutsche Bank National Trust Company, as trustee for
the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage
Pass-Through Certificates, Series 2007-NC3, in the above captioned matter, and hereby
objects to Defendant, Joan M. Carlone's motion to Extend Time to file an answer or
otherwise plead.

The Summons and Complaint were served on Joan M. Carlone on December 22,
2017.  As such, her Answer to the Complaint was due on or before January 12, 2018.
Counsel filed an appearance on January 29, 2018 and now seeks an extension of time to
file a late answer with any cause shown.

Pursuant to Rule 6(b)(2) of the Rules of Civil Procedure, if the motion is made
after the time has expired, the moving party need demonstrate excusable neglect.  No
such showing was demonstrated by the Defendant.  In addition, the time requested by the
Defendant is excessive in that she seeks an additional 30 days to Answer.

WHEREFORE, Plaintiff prays that the Court deny Defendant's Motion to Extend time or in the alternative, limit any extension of time to ten (10) days together with such other and further relief as this Honorable Court deems meet and just.

Plaintiff
By its attorney

/s/ Michael R. Hagopian

_____
Michael R. Hagopian, Esq. #3448
Orlans PC
PO Box 540540,
Waltham MA 02454
(781) 790-7800
mhagopian@orlans.com

17-011118

## CERTIFICATE OF SERVICE

I hereby certify that, on the _____28_____ day of _____January_____, 2018, I filed and served this document through the electronic filing system on the following parties: John Ennis, Esq

/s/ Michael R. Hagopian

_____